This has been Amended
Benjamin Horton 08/11/23

July 10 2022
Amended March 2 2023

United States District Court N.D. of N.Y.

FILED AUG 16 2023 AT ___ O'CLOCK
John M. Domurad, Clerk - Albany

FILED MAR 27 2023 AT ___ O'CLOCK
John M. Domurad, Clerk - Albany

Benjamin Horton
V
New York Department of Corrections.
Officer Mark Secore ~~John Doe~~.

RE 922 CV 00906 BKS-CFH

I am filing this lawsuit for Neglect, Negligence Denying medical treatment, Pain and Suffering, Cruel Punishment

On April 19-20th 2022 Appox 11:57pm - 12:01 Am in Block upper H-7-21 at Clinton correctional facility

I Benjamin Horton was having very Bad chest pains. So I Stopped corrections officer Mark Secore ~~John Doe~~ on his Rounds who was not wearing his name tag and his Shirt was half Un Buttoned, he was a younger officer tall with a Goatee.

I told this officer Mark Secore ~~John Doe~~ I was having very bad Chest pains and I need to go to the Clinic.

At this time the officer ~~John Doe~~ MARK Secore told me "we dont have enough Staff to Bring you up to clinic" and told me to wait.

I Said But I am having major chest Pains that wont Stop and have gotten worst.

Officer ~~John Doe~~ MARK Secore Said theres nothing I can do

So At this time officer ~~John Doe~~ MARK Secore denyed me medical treatment and was negligence. So I asked the officer MARK Secore ~~John Doe~~ what time it was he looked at his watch and said midnight and walked away.

For the Record the nearest camara to my cell and mic is CO330405

I had to Sit in my cell without medical treatment for over Seven hours having a heart Attack.

This is til the medical medication Nurse Cathleen Resesser came with my morning medications

The officer ~~John Doe~~ MARK Secore Never even put in the Book of his Rounds,

The Nurse Cathleen Resesser Said you dont look good I told Cathleen Resesser what happen and that I was Still having Major chest Pains.

The Nurse Cathleen Ressser told me I Should have Been Brought up to the Clinic when I Reported it, I should

not have been denyed medical treatment, I told her that officer ~~John Doe~~ MARK Secore told me they didnt have enough Staff ( chest pains are a emergency and should not be denyed medical treatment at anytime night or day)

The Nurse Cathleen Resesser said it was a emergency and officer ~~John Doe~~ MARK Secore Should not deny any one metal or medical attendian, and this ~~John Doe~~ MARK Secore in Clinton correctional facility in upper H Block Cell 7-21, Appox 11:57pm - 12:01 am on his Rounds Should not have neglected, shown not Shown and Being Act negligent, and Deny medical treatment when a Inmate is in need of it chest pains Being the top one's,

I was sitting in my cell from Appox 11:30 pm - Appox 7:30 in and having a major Heart attack with major Pain and Suffing. I never fought that much pain in my life

Back to Nurse Catleen Resesser Stoped her medical Rounds and Ran up to front the officers desk and told them to Bring me to the clinic NOW

Then a officer John Doe 2 came Right away and Broght me up to the clinic. Now is after 7 AM a new Shift

When I got there the E.R. Nurses a Clinton correctional facility, Put me on EKG's and found that my heart Beats or whatever it was very Bad.

Then one of the Nurses went out of Room and got S Deklin-Varin Nurse practioner and showed he my EKG's S Deklin-Varin came Right into the Room and said Mr Holton it looks like you had a heart attack

I am Rushing you out to Plattsburg Hospital

So when this officer ~~John Doe~~ Mark Secore Denyed I medical treatment and Didnt get me to the clinic, I was having a heart attack for over Seven hours of Pain mjjor chest Pains, haveing a heart attack and Plattsburg ~~Hop~~ Hospital I was so close to Dieing and I lucky I got help then.

So I was on my way to Plattsburg Hospital and on my EKG's they put on in medical van got so bad that they had to give me Nireto pills to different times and almost the paddles they said is I get worst

when I got at Plattsburg Hospital they also put me on their EKG's machines and Read them and found I was in bad shape and within 20 minutes they Rushed me into emergency Surgery.

I have three of my ARtery were Blocked one was 100% Blocked, another was 80% Blocked and one 50% Blocked and had to have major Sugrery and three Stents Put in my Heart,

and ever Since then I have and Deal with muscle pains in legs left arm I cant lift anything heavy I have hard time Standing long, walking and taking showers there force me to Climb to Bathouse where they know there is No handles or wall to lean against to get clean so I have to try to clean myself in a two Gallon Bucket and getting Rashes. I am still Being Refused medical treatment here They corrections has been Refusing my medical

Showers, and Diet with more fruits and veggies. I ~~Gtt~~ also have major back pains and injury from workmans comp case, and sharp pains shoot down my Right leg. So medical shower are called for

All of this could have been less painful or stressful and if the inmates like me got proper Sul exams or work up the Dr R. Damico here at this facility would have found these issues way before and could have been prevented

I went to Physical-Therapy and then corrections or Albany stopped them even though I still have these issues.

I still am seeing a cardiologist from Albany medical center, at Coxsackie correctional facility still to date, last was Feb 10 2023, So the issues are still here and I am forced to deal with pain and leg, Back Pain standing longtimes, walking and stairs and No strength in left arm.

So the corrections and officer ~~detentise~~ MARK Secore made

Inmate Benjamin Horton suffer with major chest Pains, having a Heart attack for over 7 seven Hour with no medical Attendion, Denying Proper medical treatment and making inmate suffer in Pain, neglect, and negligence, Improper Healthcare

So this lawsuit is for all of the above, and

Pain & Suffering being Denyed medical treatment, neglect, and negligence All Above.

Sum and asking for is $150,000. Also medical Showers til I leave corrections and proper Health care, with any of my needs, exams, test Etd and a stay Judgment

I Benjamin Horton duly Swear had made these Amendments of The officer to mark Secore

Respectfully Submitted

DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
**CLINTON CORRECTIONAL FACILITY**
P.O. BOX 2001
DANNEMORA, NEW YORK 12929

NAME: Benjamin Horton   DIN: 16A3539

ALBANY NY 120
23 MAR 2023 PM 2 L

NEOPOST
03/23/2023
US POSTAGE $000.60⁰

FIRST-CLASS MAIL

Clinton Correctional Facility



ZIP 12929
041M11272305

U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK
MAR 27 2023
RECEIVED

US District Court
James T Foley US courthouse
445 Broadway Roo 500
Albany NY 12202-2836

12207-292834

**Other Orders**
9:22-cv-00906-BKS-CFH Horton
v. Doe

CASE-LIST,PRO SE

# U.S. District Court

## Northern District of New York - Main Office (Syracuse) [NextGen CM/ECF Release 1.7 (Revision 1.7.1.2)]

**Notice of Electronic Filing**

The following transaction was entered on 7/27/2023 at 3:33 PM EDT and filed on 7/27/2023
**Case Name:**        Horton v. Doe
**Case Number:**      9:22-cv-00906-BKS-CFH
**Filer:**
**Document Number:** 24(No document attached)

**Docket Text:**
**TEXT ORDER: By Order of Magistrate Judge Christian F. Hummel filed May 11, 2023 ("May Order"), plaintiff was directed to file an amended complaint that correctly identifies Officer John Doe, in his complaint. See Dkt. No. 22. On June 5, 2023, plaintiff filed a letter with the Court related to his filing fee. Dkt. No. 23. In the letter, plaintiff included a caption and identified defendant as "John Doe (Mark Secore)". Id. However, to date, plaintiff has not provided an amended complaint as directed in the May Order. This Court's Local Rule 15.1 states that a "party shall not incorporate any portion of its prior pleading into the proposed amended pleading by reference." N.D.N.Y.L.R. 15.1. Rather, amended pleadings must be complete pleadings which will supersede the original pleading in all respects. Id. Plaintiff's letter is not in compliance with N.D.N.Y. Local Rule 15.1 and therefore, the Court will not accept the letter as the amended complaint or operative pleading. In light of plaintiff's pro se status, the Court sua sponte grants plaintiff an extension of time to comply with the May Order. Plaintiff must comply with the May Order on or before August 28, 2023 or this action will be dismissed without prejudice without further order of this Court. The Clerk is directed to send plaintiff a copy of the May Order and a copy of his amended complaint for his use in complying with this Order. Authorized by Chief Judge Brenda K. Sannes on July 27, 2023. {text order and referenced documents served via regular mail on plaintiff}(nas )**

9:22-cv-00906-BKS-CFH Notice has been electronically mailed to:

9:22-cv-00906-BKS-CFH Notice has been delivered by other means to:

Benjamin Horton
16-A-3539
Clinton Correctional Facility
P.O. Box 2000
Dannemora, NY 12929

DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
**CLINTON CORRECTIONAL FACILITY**
P.O. BOX 2001
DANNEMORA, NEW YORK 12929

NAME: Benjamin Horton   DIN: 16A3539

Clinton ★ Correctional Facility

NEOPOST
08/14/2023
US POSTAGE $000.87⁰

FIRST-CLASS MAIL

ZIP 12929
041M11272305

Legal Mail

U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK
AUG 16 2023
RECEIVED

US District court
James T Foley US courthouse
445 Broadway # 500
Albany NY 12207-2836

922 00906

NEW YORK STATE
DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
INCARCERATED INDIVIDUAL CORRESPONDENCE PROGRAM

NAME:_____ DIN:_____